## LAMERS BUS LINES, INC. – ACCIDENT REPORT

EFF. 09/01/13

1) Procedure – Reporting claims to **PROTECTIVE INSURANCE CO.** – Policy TD000057
2) Fax to 317-636-3483 Attach FAX receipt for record – PROTECTIVE will fax a CLAIM # _____
3) Phones 1-800-218-7026 -24/7 * After hours hotline – 800-218-7026

TERMINAL # _____

Call when you feel an explanation is necessary or a potential serious accident occurs
4) LBL MGR Reporting Accident **ED SHONIAK**  Direct Ext. **10119**  Date Reported **2-16-15**
Lamers Phone: 920-496-3600 or 1-800-236-1240  Lamers FAX: 920-496-3611

DRIVER NAME: **ROBERT MOHR**  Employee # **8269**  Social Security # **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**
Driver Address **280 BUECKL DR #2 LUXEMBURG, WI**  Date of Birth **10-4-58**
Driver License # _____  Date of Employment **8-11**
Driver performing school bus route? (NO) / YES – If yes what is route #  Charter Trip- quote # **880724**
Driver Phone # **920-327-3985**  Is driver D.O.T. qualified at time of accident? (YES) / NO
Was the driver or (passengers) on the bus injured? **YES**  Total # of passengers **45**

Names of Injured / Address / Phone # (attach sheet if necessary)
**KAY SEIERS - 630-746-4657 - TEACHER AT SANDWICH MIDDLE SCHOOL**
**KATHIE & HER 8TH GRADE DAUGHTER WAS ON BUS.**

If injured, did the driver or passengers receive IMMEDIATE TREATMENT away from the scene? YES / NO
Extent of the Injury?
Name of the Hospital and Hospital Location:

FLEET # **745**  (COACH) / SCHOOL BUS (circle one)  If other, list vehicle type _____
VIN # **2PCH3349811014142**
Bus Make / Year **2002 PREV**  License Plate **44848 B**  Estimated damage to Bus $ **NONE**
Bus required to be TOWED AWAY? YES / (NO)
What parts were damaged? **NA**

Other Vehicle Driver's Name: **NA**  Phone # _____
Address of Other Driver:
Driver's Insurance Co. (Name and Address) (use back of form if necessary)

Names of passengers in Other Vehicle:

Other Driver's Vehicle Type:  Year of Vehicle:  License Plate:  State:
Damage to Other Vehicle:  Est. Repair Cost $  TOWED? YES / NO
Occupants in Other Vehicle Injured:
Did the driver or passengers receive IMMEDIATE TREATMENT away from the scene?  YES / NO

Witnesses Names and addresses (use back if needed):
**CHARLES RHOADES - 630-388-8945?**
**630-388-8946?**

Date of Accident: **2-15-15**  Time: **7:00** AM / (PM)  Exact Location: **ANNADALE, VA**
Description of Accident (Attach sheet fully explaining!)
**PULLED OUT OF RESTAURANT AND TRAVELED A FEW BLOCKS, WE WERE SLOWING**
**DOWN FOR A RED LIGHT - NORMAL STOP - SMALL LADY - WEARING FLAT SHOES - FELL**
**DOWN INTO STAIRWELL - SHE GOT UP BY HERSELF**
What Police Department responded to call?: _____  Protective want driver to call? (YES) NO
Was anyone cited? —  Who? —

**IMPORTANT: IF OUR DRIVER WAS TICKETED AND EITHER VEHICLE IS TOWED OR IMMEDIATE TREATMENT AWAY FROM SCENE – DRIVER MUST BE DRUG TESTED AND ALCOHOL TESTED. ALCOHOL MUST BE DONE WITHIN 2 HOURS.**

********* GET A COMPLETE LIST OF NAMES AND ADDRESSES OF PASSENGERS ON YO[UR]

EXHIBIT **F-2**

LAMERS BUS LINES ACCIDENT REPORT        PAGE 2

PLEASE DIAGRAM HOW THE ACCIDENT HAPPENED:        SYMBOLS

- Show directions and positions of all vehicles involved
- Designate the point of contact
- Indicate location of any pedestrians
- Indicate location of any traffic control devices

→ Your vehicle          + Pedestrian
⇒ Vehicle #2            x Point of contact
▶ Vehicle #3            * Traffic control device
• Write in street names

INDICATE NORTH

Weather: ☐Clear  ☐Cloudy  ☐Fog  ☐Rain  ☐Sleet  ☐Wind  ☐Other_____

Lighting: ☐Daylight  ☐Dark  ☐Dusk  ☐Dawn  ☐Dark-no street lights  ☐Dark-no street lights on

Road Surface: ☐Dry  ☐Wet  ☐Muddy  ☐Snowy  ☐Snow covered  ☐Ice in places  ☐Ice covered  ☐Other

Road Description: Straight  Curve  Level  Downgrade  Upgrade  Paved  Unpaved
One way  2 lanes  Two way  3 lanes  Divided road  Intersection

**If slip and fall:** (Inside bus)
Floor condition: Dry   Wet   Icy   Other
Step-well condition: All handles attached tightly? Yes/ No   Where they used? Yes / No
Passenger condition: hands free or carrying something?   Hands Free / Hands Full

Description of Accident: AND RETURNED TO HER SEAT. STILL STOPPED AND ASKED HER HOW SHE WAS. AN RN ON BOARD WAS CHECKING HER OUT. CHARLES TALKED TO WORLD STRIDES & THEY DECIDED SHE NEEDED TO BE CHECKED OUT. OUR BUS TOOK HER TO FREDERICK MEMORIAL HOSPITAL - 400 W 7TH ST. 240-566-3300 - LATER SHE WAS AIR LIFTED TO UNIVERSITY OF MARYLAND TRAUMA CENTER.

Managers Signature  Ed Shoni      Date: 2-16-15